IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

DAVID BYERS, a Utah resident; DARRELL BYERS, a Utah resident; DALE BYERS, a Utah resident; and DOYLE BYERS, a Utah resident,

Plaintiffs,

v.

LARRY BULL, individually and as Trustee of the Delbert Parker Revocable Trust; D.A. DAVIDSON & CO., a Montana corporation; THOMAS J. HOLMES, individually and as a shareholder of Beard, St. Clair Gaffney, PA, an Idaho resident; BEARD ST. CLAIR GAFFNEY PA, an Idaho professional services corporation,

Defendants.

Case No. 4:23-cv-00494-DCN

**ORDER AMENDING SCHEDULING ORDER**

This matter came before the Court upon the Joint Motion and Stipulation to Amend Scheduling Order. Upon consideration thereof, the dates in Scheduling Order are amended as follows:

| Description | Previous Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery. Discovery requests must be made far enough in advance of this deadline to allow completion of the discovery by the deadline date. | Fri 07/26/2024 | Fri 08/30/2024 |
| Plaintiff Disclosure of Experts | Fri 08/02/2024 | Fri 09/06/2024 |
| Alternative Dispute Resolution Plan | Fri 08/23/2024 | Fri 09/27/2024 |
| Defendant Disclosure of Experts | Wed 09/04/2024 | Wed 10/02/2024 |

| Description | Previous Deadline | New Deadline |
|---|---|---|
| Identification of all Rebuttal Experts | Wed 09/18/2024 | Wed 10/16/2024 |
| All Expert Discovery Completion | Mon 09/30/2024 | Mon 10/28/2024 |
| Dispositive Motion Deadline | Fri 10/18/2024 | Fri 11/15/2024 |

Except as otherwise stated, the scheduling order remains unchanged.

DATED: July 23, 2024

David C. Nye
Chief U.S. District Court Judge