**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

DAVID BYERS, a Utah resident; DARREL BYERS, a Utah resident; DALE BYERS; a Utah resident; and DOYLE BYERS,

Plaintiffs,

vs.

LARRY BULL, individually and as Trustee of the Delbert Parker Revocable Trust, an Idaho resident; D.A. DAVIDSON & CO., a Montana Corporation; Thomas J. HOLMES, individually and as shareholder of Beard St. Clair Gaffney PA, an Idaho resident; L. JONES, CHARTERED, PA, an Idaho professional services corporation; BEARD ST. CLAIR GAFFNEY PA, an Idaho professional services corporation,

Defendants,

Case No. 4:23-cv-00494-DCN

**SECOND ORDER AMENDING SCHEDULING ORDER**

This matter having come before the Court upon the Second Joint Motion and Stipulation (Dkt. 149) to Amend the Scheduling Order (Dkt. 102) and Amending Scheduling Order (Dkt. 139), and good cause appearing therefor;

IT IS HEREBY ORDERED that the Scheduling Order is amended as follows:

| Description | Previous Deadline | New Deadline |
|---|---|---|
| All Expert Discovery Completion | Fri, October 16, 2026 | Mon. November 30, 2026 |
| Dispositive Motion Deadline | Fri, November 6, 2026 | Fri, December 18, 2026 |

DATED: October 16, 2026

David C. Nye
U.S. District Court Judge